UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ARSHDEEP SINGH,

               Petitioner,

     v.

Warden of the Desert View Annex
Detention Facility et al,

               Respondents.

)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-00816-SB-JDE

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED STATES
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for writ of habeas corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge.  The time to file objections to the report has passed, and none have been filed.  The Court accepts the findings and recommendations set forth in the report and recommendation.  Accordingly, it is ordered that: (1) the petition is granted in part and denied in part; (2) Respondents provide an individualized bond hearing for Petitioner before an immigration judge under 8 U.S.C. § 1226(a) by April 21; and (3) the parties shall file a status report by April 24, 2026 detailing if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial.  Failure to timely provide Petitioner with a bond hearing may result in the Court ordering Petitioner's release.

DATED:   April 13, 2026

_____
Stanley Blumenfeld, Jr
United States District Judge