JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Arshdeep Singh,

               Petitioner,

      v.

Warden of the Desert View Annex

Detention Facility et al,

               Respondent.

Case No. 5:26-cv-00816-SB-JDE

JUDGMENT

Pursuant to the order accepting findings, conclusions, and recommendations of the United States Magistrate Judge, entered on April 13, 2026, the petition is granted in part. The remaining relief sought in the petition is denied without prejudice.

Dated:  April 27, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge